IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIN BURWICK | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-15-2785 |
| | * | |
| CPL G. PILKERTON, ET AL. | * | |
| | ****** | |

## MEMORANDUM

Plaintiff has instituted this action against Gregory Pilkerton, Charles Ravenell, and Bradley Boerum for using a dog in apprehending her. Discovery has been completed, and defendants have moved for summary judgment. Plaintiff has not opposed the motion insofar as it relates to defendants Ravenell and Boerum. Pilkerton's motion will be granted.

Unquestionably, plaintiff entered her residence at 35 Nicholson Drive, Pasadena, Maryland, without the permission of its owners. She entered the premises with her boyfriend. The burglary alarm was set off. A police officer responded to the scene. The officer advised police communications of what it observed and called for K-9 police who responded to the scene.

Pilkerton arrived at the scene and decided to employ a dog, "Soren," in pursuing someone whom had jumped over a chain link fence. That person was plaintiff.

Pilkerton alleges that plaintiff was covered by foliage in the area. He further asserts that Soren bit plaintiff three times, once initially, once after he had shouted to plaintiff "police K-9! Stop! Show me your hands or you will be bitten by a police K-9!," and once after plaintiff stopped crawling away and showed her hands to Pilkerton. Plaintiff has disputed these facts but

1

has done so only by submitting her answers to interrogatories which are not based upon personal knowledge but only "are true to the best of . . . plaintiff's knowledge, information, and belief."

Pilkerton's use of the dog was appropriate. Until he saw plaintiff's hands, he had reason to believe that she posed a danger to him. Thus, his use of the dog was not unconstitutional. In any event, he would be protected by the doctrine of qualified immunity.

A separate order granting defendants' motion is being entered herewith.

Date: June 16, 2016

_____
J. Frederick Motz
United States District Judge

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2016 JUN 16 AM 11:57 CLERK'S OFFICE AT BALTIMORE BY \_\_\_\_ DEPUTY